THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BARNIE MIKE FREEMAN | § | CASE NO. 06-50201-R |
| XXX-XX-1826 | § | |
| 103 COUNTY ROAD 2206 | § | CHAPTER 13 |
| TEXARKANA, TX 75501 | § | |
| | § | |
| CATHERINE A FREEMAN | § | |
| XXX-XX-0426 | § | |
| | § | |
| DEBTORS | § | |

**NOTICE TO DEPOSIT FUNDS INTO THE UNCLAIMED FUNDS REGISTRY OF THE UNITED STATES BANKRUPTCY COURT**

The Notice of Janna L. Countryman, Trustee herein, respectfully would show:

1. That she is the duly qualified and acting Trustee in this case.

2. The Trustee has made distributions of the funds of this estate in accordance with the confirmed Chapter 13 Plan and/or the Bankruptcy Code. Some of the distribution checks have not been negotiated.

3. An amount has been reserved for the following creditor to whom previous checks were submitted without negotiation:

    | Creditor | Reserve Amount |
    |---|---|
    | CHASE BANK USA, NA | $5,872.87 |

4. A turnover check payable to the Clerk of the United States Bankruptcy Court for $5,872.87 is attached to this Notice.

Dated: 8-30-10

Janna L. Countryman, TBN 04888050
Greg R. Arnove, TBN 00783562
Office of the Standing Chapter 13 Trustee
500 North Central Expressway, Suite 350
Plano, Texas 75074
(972) 943-2580 / Fax (972) 943-8050

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Notice to Deposit Funds Into the Unclaimed Funds Registry of the United States Bankruptcy Court has been served upon the following parties in interest on the date set forth below by mailing a copy of same to them via first class mail.

BARNIE MIKE FREEMAN
CATHERINE A FREEMAN
103 COUNTY ROAD 2206
TEXARKANA, TX  75501

DAVID RUFF, II
1915 MALL DRIVE
TEXARKANA, TX  75503

CHASE BANK USA, NA
P. O. BOX 15145
WILMINGTON, DE  19850-5145

CHASE CARD SERVICES
201 N. WALNUT STREET FL 2
WILMINGTON, DE  19801-2901

Dated: 8-30-10

Office of the Standing Chapter 13 Trustee

STANDING CHAPTER 13 TRUSTEE  
JANNA L. COUNTRYMAN  
Payee: CLERK OF THE

Date: Aug 27, 2010  
Check No.: 2012279  
Name ID: 31950

| Case No. | Debtor Name(s) | SSN 1 | SSN 2 | Payment | Interest | Balance |
|---|---|---|---|---|---|---|
| 0544391 | PAULA D. DAVIS | XXX-XX-7700 | | 0.65 | 0.00 | 0.00 |
| | CLAIM ID: 00027   ACCT: XXXXXXXXXXXX4196 | COURT CLAIM #: 5 | | | | |
| 0546177 | KENNETH R. & KIM S. DOYLE | XXX-XX-2930 | XXX-XX-2679 | 6.48 | 0.00 | 0.08 |
| | CLAIM ID: 00015   ACCT: XXXXX 2267 | COURT CLAIM #: 2 | | | | |
| 0546177 | KENNETH R. & KIM S. DOYLE | XXX-XX-2930 | XXX-XX-2679 | 2.84 | 0.00 | 0.03 |
| | CLAIM ID: 00111   ACCT: XXXXXXXXXXXX9050 | COURT CLAIM #: 14 | | | | |
| 0547588 | EDGAR & MONICA E. HERRERA | XXX-XX-8309 | XXX-XX-1915 | 88.26 | 0.00 | 0.00 |
| | CLAIM ID: 00032   ACCT: XXXXXXXXXXX 5916 | COURT CLAIM #: 15 | | | | |
| 0548369 | JOHN RICKEY HUGHES | XXX-XX-5628 | | 641.86 | 0.00 | 0.06 |
| | CLAIM ID: 00001   ACCT: XXXXXXXXXXXX2505 | COURT CLAIM #: 1 | | | | |
| 0548369 | JOHN RICKEY HUGHES | XXX-XX-5628 | | 114.97 | 0.00 | 0.03 |
| | CLAIM ID: 00018   ACCT: 3092 | COURT CLAIM #: 6 | | | | |
| 0550267 | CAROL JEAN WRIGHT | XXX-XX-5220 | | 89.53 | 0.00 | 0.04 |
| | CLAIM ID: 00010   ACCT: XXXXXX4161 | COURT CLAIM #: 6 | | | | |
| 0641146 | JOHN WILLIAM & CANDY CHRIS THOMPSON | XXX-XX-6368 | XXX-XX-9464 | 73.40 | 20.07 | 0.00 |
| | CLAIM ID: 00009   ACCT: XXXX 0631 | COURT CLAIM #: 5 | | | | |
| 0650201 | BARNIE MIKE & CATHERINE A FREEMAN | XXX-XX-1826 | XXX-XX-0426 | 4,866.55 | 0.00 | 0.92 |
| | CLAIM ID: 00016   ACCT: 6374 | COURT CLAIM #: 17 | | | | |
| 0650201 | BARNIE MIKE & CATHERINE A FREEMAN | XXX-XX-1826 | XXX-XX-0426 | 214.83 | 0.00 | 0.06 |
| | CLAIM ID: 00024   ACCT: XXXXXXXXXXXX 8559 | COURT CLAIM #: 16 | | | | |
| 0650201 | BARNIE MIKE & CATHERINE A FREEMAN | XXX-XX-1826 | XXX-XX-0426 | 5,872.87 | 0.00 | 1.30 |
| | CLAIM ID: 00045   ACCT: 2835 | COURT CLAIM #: 28 | | | | |
| 0650201 | BARNIE MIKE & CATHERINE A FREEMAN | XXX-XX-1826 | XXX-XX-0426 | 308.85 | 0.00 | 0.09 |
| | CLAIM ID: 00054   ACCT: XXXXXXXXXXX 6010 | COURT CLAIM #: 9 | | | | |
| 0740908 | DANIEL P. & ROBIN Y. HEWETT | XXX-XX-3583 | XXX-XX-0233 | 27.27 | 0.00 | 0.01 |
| | CLAIM ID: 00037   ACCT: XXXXXXXX37-9 | COURT CLAIM #: 10 | | | | |
| 0750186 | WILLIAM GEORGE & ANNICE EWILDI FIELDS | XXX-XX-7139 | XXX-XX-5366 | 33.48 | 29.79 | 3,968.67 |
| | CLAIM ID: 00006   ACCT: 6606 | COURT CLAIM #: 11 | | | | |
| 0750222 | JOSE & SHIRLEY A. ZAMORA | XXX-XX-3752 | XXX-XX-0557 | 237.37 | 25.56 | 1.42 |
| | CLAIM ID: 00011   ACCT: XXXXXXXX8417 | COURT CLAIM #: 10 | | | | |
| 0842092 | TAMMY JO SARTIN | XXX-XX-0343 | | 0.54 | 0.54 | 16,806.00 |
| | CLAIM ID: 00004   ACCT: 8497 | COURT CLAIM #: 3 | | | | |
| 0940962 | EDWARD OLIVER & PAULA JANE WAKEFIELD | XXX-XX-1469 | XXX-XX-1485 | 643.47 | 643.47 | 5,408.56 |
| | CLAIM ID: 00028   ACCT: XXXXX7603 | COURT CLAIM #: 13 | | | | |
| 0950074 | SAMUEL DALE & DONNA K. SMITH | XXX-XX-7060 | XXX-XX-5608 | 193.31 | 0.00 | 0.00 |
| | CLAIM ID: 00028   ACCT: 0232 | COURT CLAIM #: 2 | | | | |
| 0941329 | STEVEN D. & PATRICIA L. RHOADES | XXX-XX-8096 | XXX-XX-3891 | 409.32 | 201.16 | 10,392.97 |
| | CLAIM ID: 00004   ACCT: 6816 | COURT CLAIM #: 9 | | | | |
| 0941329 | STEVEN D. & PATRICIA L. RHOADES | XXX-XX-8096 | XXX-XX-3891 | 155.63 | 0.00 | 6,219.51 |
| | CLAIM ID: 00011   ACCT: 6816 | COURT CLAIM #: 9 | | | | |
| 0942722 | KEVIN D. BUSH | XXX-XX-8680 | | 4.60 | 0.00 | 81,184.37 |
| | CLAIM ID: 00002   ACCT: 8305 | COURT CLAIM #: 9 | | | | |
| | **The Following Payments are Adequate Protection Payments** | | | | | |
| 1040092 | MATTHEW GONZALES | XXX-XX-3315 | | 437.34 | 0.00 | 0.00 |
| | CLAIM ID: 00004   ACCT: 7839 | COURT CLAIM #: | | | | |

| | TOTALS | | | 36,430.62 | 3,325.80 | 123,988.32 |

```
STANDING CHAPTER 13 TRUSTEE                    Southside Bank    88-2360                    2012279
JANNA L. COUNTRYMAN                            Tyler, Texas      1119
500 N. CENTRAL EXPRESSWAY, SUITE 350
PLANO, TX  75074                                                          DATE:    Aug 27, 2010

PAY  Exactly Thirty Six Thousand Four Hundred Thirty And 62 / 100 Dollars               $*****36,430.62

                                                                              VOID 60 DAYS AFTER DATE

     TO    CLERK OF THE
     THE   U.S. BANKRUPTCY COURT                                              VOID
     ORDER 660 NORTH CENTRAL EXPRESSWAY
     OF    PLANO, TX  75074


          ⑈2012279⑈  ⑆111923607⑆  ⑈1572520⑈
```

---

STANDING CHAPTER 13 TRUSTEE                                    Date: Aug 27, 2010
JANNA L. COUNTRYMAN                                            Check No.: 2012279
Payee: CLERK OF THE                                            Name ID: 31950

| Case No. | Debtor Name(s) | SSN 1 | SSN 2 | Payment | Interest | Balance |
|---|---|---|---|---:|---:|---:|
| 0530262 | DANIEL LAWRENCE & ANITA CHAVEZ CLUCK | XXX-XX-2637 | XXX-XX-5298 | 96.06 | 0.00 | 0.01 |
|  | CLAIM ID: 00031    ACCT: XXXXX0192 | COURT CLAIM #: 9 | | | | |
| 0541063 | JAMES ANTHONY & GLORIA JEAN PATTERSON | XXX-XX-3035 | XXX-XX-4842 | 3.30 | 0.00 | 0.06 |
|  | CLAIM ID: 00017    ACCT: XXXXXXXXXXX6994 | COURT CLAIM #: 25 | | | | |
| 0541063 | JAMES ANTHONY & GLORIA JEAN PATTERSON | XXX-XX-3035 | XXX-XX-4842 | 2.86 | 0.00 | 0.05 |
|  | CLAIM ID: 00060    ACCT: XXXXXXXXXXX9833 | COURT CLAIM #: 27 | | | | |
| 0541063 | JAMES ANTHONY & GLORIA JEAN PATTERSON | XXX-XX-3035 | XXX-XX-4842 | 2.83 | 0.00 | 0.05 |
|  | CLAIM ID: 00062    ACCT: XXXXXXXXXXX6592 | COURT CLAIM #: 26 | | | | |
| 0542165 | GARY LEE FOSTER | XXX-XX-3726 | | 190.69 | 0.00 | 0.09 |
|  | CLAIM ID: 00050    ACCT: XXXXX1310 | COURT CLAIM #: 5 | | | | |
| 0542448 | LUCILLE A. DAVIS | XXX-XX-5786 | | 43.92 | 0.00 | 0.02 |
|  | CLAIM ID: 00009    ACCT: 6342 | COURT CLAIM #: 5 | | | | |
| 0542892 | MELVIN DWIGHT & NATASHA VICTINEZE FOSTER | XXX-XX-4199 | XXX-XX-8999 | 40.30 | 0.00 | 0.04 |
|  | CLAIM ID: 00038    ACCT: 4297 | COURT CLAIM #: 19 | | | | |
| 0542892 | MELVIN DWIGHT & NATASHA VICTINEZE FOSTER | XXX-XX-4199 | XXX-XX-8999 | 162.17 | 0.00 | 0.17 |
|  | CLAIM ID: 00039    ACCT: 0974 | COURT CLAIM #: 20 | | | | |
| 0542951 | GEORGE J. & DANA E. ANDERSON | XXX-XX-5646 | XXX-XX-4626 | 522.10 | 0.00 | 0.13 |
|  | CLAIM ID: 00007    ACCT: XXXXXXX4401 | COURT CLAIM #: 10 | | | | |
| 0542951 | GEORGE J. & DANA E. ANDERSON | XXX-XX-5646 | XXX-XX-4626 | 1,294.00 | 0.00 | 0.32 |
|  | CLAIM ID: 00030    ACCT: XXXXXXXXX IDED | COURT CLAIM #: 9 | | | | |
| 0542951 | GEORGE J. & DANA E. ANDERSON | XXX-XX-5646 | XXX-XX-4626 | 5,579.89 | 0.00 | 1.39 |
|  | CLAIM ID: 00033    ACCT: XXXXX9553 | COURT CLAIM #: 3 | | | | |
| 0542952 | LASHUNDA M. GRIFFIN | XXX-XX-5226 | | 25.57 | 0.00 | 0.02 |
|  | CLAIM ID: 00018    ACCT: XXXXXXXXXXX 4738 | COURT CLAIM #: 7 | | | | |
| 0543122 | BILLY J. & CHARLENE G. AUDAS | XXX-XX-1848 | XXX-XX-0147 | 0.10 | 0.00 | 0.29 |
|  | CLAIM ID: 00016    ACCT: 5499 | COURT CLAIM #: 9 | | | | |
| 0543381 | SEBASTIAN A. & GABRIELA F. VOICU | XXX-XX-2905 | XXX-XX-5712 | 94.40 | 8.97 | 0.00 |
|  | CLAIM ID: 00031    ACCT: XXXXXXXXX IDED | COURT CLAIM #: 19 | | | | |
| 0543381 | SEBASTIAN A. & GABRIELA F. VOICU | XXX-XX-2905 | XXX-XX-5712 | 174.74 | 0.00 | 0.92 |
|  | CLAIM ID: 00047    ACCT: 6994 | COURT CLAIM #: 17 | | | | |
| 0543496 | FEDERICO G. PEITZNER | XXX-XX-3142 | | 12,053.56 | 2,396.24 | 0.00 |
|  | CLAIM ID: 00010    ACCT: XXXXX 8831 | COURT CLAIM #: 2 | | | | |
| 0543562 | REGINALD JONES & MELANIE MANUEL | XXX-XX-8640 | XXX-XX-0916 | 31.59 | 0.00 | 0.00 |
|  | CLAIM ID: 10019    ACCT: XXXXXXXXXXXXX0001 | COURT CLAIM #: 5 | | | | |
| 0543838 | KELLY ELISHA & ROZINE DUNCAN RICHARDSON | XXX-XX-7705 | XXX-XX-0973 | 1.23 | 0.00 | 0.00 |
|  | CLAIM ID: 00008    ACCT: XXXXXXXXXXX 0071 | COURT CLAIM #: 7 | | | | |
| 0543860 | JUDY A. GIBSON | XXX-XX-4869 | | 8.00 | 0.00 | 0.04 |
|  | CLAIM ID: 00013    ACCT: XXXXXXXXXXX5733 | COURT CLAIM #: 6 | | | | |
| 0543860 | JUDY A. GIBSON | XXX-XX-4869 | | 21.72 | 0.00 | 0.02 |
|  | CLAIM ID: 00017    ACCT: XXXXX 3266 | COURT CLAIM #: 11 | | | | |
| 0543975 | MAURICE EUGENE FRENCH, JR & CYNTHIA ELAINE FRENCH | XXX-XX-4646 | XXX-XX-1238 | 1,657.96 | 0.00 | 0.58 |
|  | CLAIM ID: 00021    ACCT: XXXXXXXXXX4966 | COURT CLAIM #: 13 | | | | |
| 0544391 | PAULA D. DAVIS | XXX-XX-7700 | | 0.21 | 0.00 | 0.00 |
|  | CLAIM ID: 00025    ACCT: 0818 | COURT CLAIM #: 3 | | | | |

CALGT-Linen