THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BARNIE MIKE FREEMAN | § | CASE NO. 06-50201-R |
| XXX-XX-1826 | § | |
| 103 COUNTY ROAD 2206 | § | CHAPTER 13 |
| TEXARKANA, TX 75501 | § | |
| | § | |
| CATHERINE A FREEMAN | § | |
| XXX-XX-0426 | § | |
| | § | |
| DEBTORS | § | |

**NOTICE TO DEPOSIT FUNDS INTO THE UNCLAIMED FUNDS REGISTRY OF
THE UNITED STATES BANKRUPTCY COURT**

The Notice of Janna L. Countryman, Trustee herein, respectfully would show:

1. That she is the duly qualified and acting Trustee in this case.

2. The Trustee has made distributions of the funds of this estate in accordance with the confirmed Chapter 13 Plan and/or the Bankruptcy Code. Some of the distribution checks have not been negotiated.

3. An amount has been reserved for the following creditor to whom previous checks were submitted without negotiation:

    | Creditor | Reserve Amount |
    |---|---|
    | BANK OF AMERICA, N.A. | $4,866.55 |

4. A turnover check payable to the Clerk of the United States Bankruptcy Court for $4,866.55 is attached to this Notice.

Dated: 8-30-10

_____
Janna L. Countryman, TBN 04888050
Greg R. Arnove, TBN 00783562
Office of the Standing Chapter 13 Trustee
500 North Central Expressway, Suite 350
Plano, Texas 75074
(972) 943-2580 / Fax (972) 943-8050

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Notice to Deposit Funds Into the Unclaimed Funds Registry of the United States Bankruptcy Court has been served upon the following parties in interest on the date set forth below by mailing a copy of same to them via first class mail.

BARNIE MIKE FREEMAN
CATHERINE A FREEMAN
103 COUNTY ROAD 2206
TEXARKANA, TX 75501

DAVID RUFF, II
1915 MALL DRIVE
TEXARKANA, TX 75503

BANK OF AMERICA
P. O. BOX 15733
WILMINGTON, DE 19850-5733

BANK OF AMERICA, N.A.
MR M-BK
P. O. BOX 53160
PHOENIX, AZ 85072-3160

Dated: 8-30-10

_____
Office of the Standing Chapter 13 Trustee

PLA_Notice_DepositFunds

| | | | | | | |
|---|---|---|---|---|---|---|
| STANDING CHAPTER 13 TRUSTEE | | | | Date: Aug 27, 2010 | | |
| JANNA L. COUNTRYMAN | | | | Check No.: 2012279 | | |
| Payee: CLERK OF THE | | | | Name ID: 31950 | | |

| Case No. | Debtor Name(s) | | SSN 1 | SSN 2 | Payment | Interest | Balance |
|---|---|---|---|---|---|---|---|
| 0544391 | PAULA D. DAVIS | | XXX-XX-7700 | | 0.65 | 0.00 | 0.00 |
| | CLAIM ID: 00027 | ACCT: XXXXXXXXXXX4196 | COURT CLAIM #: 5 | | | | |
| 0546177 | KENNETH R. & KIM S. DOYLE | | XXX-XX-2930 | XXX-XX-2679 | 6.48 | 0.00 | 0.08 |
| | CLAIM ID: 00015 | ACCT: XXXXXX 2267 | COURT CLAIM #: 2 | | | | |
| 0546177 | KENNETH R. & KIM S. DOYLE | | XXX-XX-2930 | XXX-XX-2679 | 2.84 | 0.00 | 0.03 |
| | CLAIM ID: 00111 | ACCT: XXXXXXXXXXX9050 | COURT CLAIM #: 14 | | | | |
| 0547588 | EDGAR & MONICA E. HERRERA | | XXX-XX-8309 | XXX-XX-1915 | 88.26 | 0.00 | 0.00 |
| | CLAIM ID: 00032 | ACCT: XXXXXXXXXX 5916 | COURT CLAIM #: 15 | | | | |
| 0548369 | JOHN RICKEY HUGHES | | XXX-XX-5628 | | 641.86 | 0.00 | 0.06 |
| | CLAIM ID: 00001 | ACCT: XXXXXXXXXXX2505 | COURT CLAIM #: 1 | | | | |
| 0548369 | JOHN RICKEY HUGHES | | XXX-XX-5628 | | 114.97 | 0.00 | 0.03 |
| | CLAIM ID: 00018 | ACCT: 3092 | COURT CLAIM #: 6 | | | | |
| 0550267 | CAROL JEAN WRIGHT | | XXX-XX-5220 | | 89.53 | 0.00 | 0.04 |
| | CLAIM ID: 00010 | ACCT: XXXXXX4161 | COURT CLAIM #: 6 | | | | |
| 0641146 | JOHN WILLIAM & CANDY CHRIS THOMPSON | | XXX-XX-6368 | XXX-XX-9464 | 73.40 | 20.07 | 0.00 |
| | CLAIM ID: 00009 | ACCT: XXXX 0631 | COURT CLAIM #: 5 | | | | |
| 0650201 | BARNIE MIKE & CATHERINE A FREEMAN | | XXX-XX-1826 | XXX-XX-0426 | 4,866.55 | 0.00 | 0.92 |
| | CLAIM ID: 00016 | ACCT: 6374 | COURT CLAIM #: 17 | | | | |
| 0650201 | BARNIE MIKE & CATHERINE A FREEMAN | | XXX-XX-1826 | XXX-XX-0426 | 214.83 | 0.00 | 0.06 |
| | CLAIM ID: 00024 | ACCT: XXXXXXXXXXX 8559 | COURT CLAIM #: 16 | | | | |
| 0650201 | BARNIE MIKE & CATHERINE A FREEMAN | | XXX-XX-1826 | XXX-XX-0426 | 5,872.87 | 0.00 | 1.30 |
| | CLAIM ID: 00045 | ACCT: 2835 | COURT CLAIM #: 28 | | | | |
| 0650201 | BARNIE MIKE & CATHERINE A FREEMAN | | XXX-XX-1826 | XXX-XX-0426 | 308.85 | 0.00 | 0.09 |
| | CLAIM ID: 00054 | ACCT: XXXXXXXXXXX 6010 | COURT CLAIM #: 9 | | | | |
| 0740908 | DANIEL P. & ROBIN Y. HEWETT | | XXX-XX-3583 | XXX-XX-0233 | 27.27 | 0.00 | 0.01 |
| | CLAIM ID: 00037 | ACCT: XXXXXXXX37-9 | COURT CLAIM #: 10 | | | | |
| 0750186 | WILLIAM GEORGE & ANNICE EWILDI FIELDS | | XXX-XX-7139 | XXX-XX-5366 | 33.48 | 29.79 | 3,968.67 |
| | CLAIM ID: 00006 | ACCT: 6606 | COURT CLAIM #: 11 | | | | |
| 0750222 | JOSE & SHIRLEY A. ZAMORA | | XXX-XX-3752 | XXX-XX-0557 | 237.37 | 25.56 | 1.42 |
| | CLAIM ID: 00011 | ACCT: XXXXXXXX8417 | COURT CLAIM #: 10 | | | | |
| 0842092 | TAMMY JO SARTIN | | XXX-XX-0343 | | 0.54 | 0.54 | 16,806.00 |
| | CLAIM ID: 00004 | ACCT: 8497 | COURT CLAIM #: 3 | | | | |
| 0940962 | EDWARD OLIVER & PAULA JANE WAKEFIELD | | XXX-XX-1469 | XXX-XX-1485 | 643.47 | 643.47 | 5,408.56 |
| | CLAIM ID: 00028 | ACCT: XXXXX7603 | COURT CLAIM #: 13 | | | | |
| 0950074 | SAMUEL DALE & DONNA K. SMITH | | XXX-XX-7060 | XXX-XX-5608 | 193.31 | 0.00 | 0.00 |
| | CLAIM ID: 00028 | ACCT: 0232 | COURT CLAIM #: 2 | | | | |
| 0941329 | STEVEN D. & PATRICIA L. RHOADES | | XXX-XX-8096 | XXX-XX-3891 | 409.32 | 201.16 | 10,392.97 |
| | CLAIM ID: 00004 | ACCT: 6816 | COURT CLAIM #: 9 | | | | |
| 0941329 | STEVEN D. & PATRICIA L. RHOADES | | XXX-XX-8096 | XXX-XX-3891 | 155.63 | 0.00 | 6,219.51 |
| | CLAIM ID: 00011 | ACCT: 6816 | COURT CLAIM #: 9 | | | | |
| 0942722 | KEVIN D. BUSH | | XXX-XX-8680 | | 4.60 | 0.00 | 81,184.37 |
| | CLAIM ID: 00002 | ACCT: 8305 | COURT CLAIM #: 9 | | | | |
| | The Following Payments are Adequate Protection Payments | | | | | | |
| 1040092 | MATTHEW GONZALES | | XXX-XX-3315 | | 437.34 | 0.00 | 0.00 |
| | CLAIM ID: 00004 | ACCT: 7839 | COURT CLAIM #: | | | | |

| | TOTALS | Payment | Interest | Balance |
|---|---|---|---|---|
| | | 36,430.62 | 3,325.80 | 123,988.32 |

```
STANDING CHAPTER 13 TRUSTEE                    Southside Bank    88-2360        2012279
JANNA L. COUNTRYMAN                            Tyler, Texas      1119
500 N. CENTRAL EXPRESSWAY, SUITE 350
       PLANO, TX 75074
                                                                 DATE:  Aug 27, 2010

PAY  Exactly Thirty Six Thousand Four Hundred Thirty And 62/100 Dollars    $*****36,430.62

                                                                           VOID 60 DAYS AFTER DATE
TO
THE    CLERK OF THE
ORDER  U.S. BANKRUPTCY COURT                                               VOID
OF     660 NORTH CENTRAL EXPRESSWAY
       PLANO, TX 75074

         ⑆2012279⑆ ⑈111923607⑈ ⑆157 2520⑆
```

| | | | | | |
|---|---|---|---|---|---|
| STANDING CHAPTER 13 TRUSTEE | | | Date: Aug 27, 2010 | | |
| JANNA L. COUNTRYMAN | | | Check No.: 2012279 | | |
| Payee: CLERK OF THE | | | Name ID: 31950 | | |

| Case No. | Debtor Name(s) | SSN 1 SSN 2 | Payment | Interest | Balance |
|---|---|---|---:|---:|---:|
| 0530262 | DANIEL LAWRENCE & ANITA CHAVEZ CLUCK | XXX-XX-2637 XXX-XX-5298 | 96.06 | 0.00 | 0.01 |
| | CLAIM ID: 00031    ACCT: XXXXXX0192 | COURT CLAIM #: 9 | | | |
| 0541063 | JAMES ANTHONY & GLORIA JEAN PATTERSON | XXX-XX-3035 XXX-XX-4842 | 3.30 | 0.00 | 0.06 |
| | CLAIM ID: 00017    ACCT: XXXXXXXXXXXX6994 | COURT CLAIM #: 25 | | | |
| 0541063 | JAMES ANTHONY & GLORIA JEAN PATTERSON | XXX-XX-3035 XXX-XX-4842 | 2.86 | 0.00 | 0.05 |
| | CLAIM ID: 00060    ACCT: XXXXXXXXXXXX9833 | COURT CLAIM #: 27 | | | |
| 0541063 | JAMES ANTHONY & GLORIA JEAN PATTERSON | XXX-XX-3035 XXX-XX-4842 | 2.83 | 0.00 | 0.05 |
| | CLAIM ID: 00062    ACCT: XXXXXXXXXXXX6592 | COURT CLAIM #: 26 | | | |
| 0542165 | GARY LEE FOSTER | XXX-XX-3726 | 190.69 | 0.00 | 0.09 |
| | CLAIM ID: 00050    ACCT: XXXXX1310 | COURT CLAIM #: 5 | | | |
| 0542448 | LUCILLE A. DAVIS | XXX-XX-5786 | 43.92 | 0.00 | 0.02 |
| | CLAIM ID: 00009    ACCT: 6342 | COURT CLAIM #: 5 | | | |
| 0542892 | MELVIN DWIGHT & NATASHA VICTINEZE FOSTER | XXX-XX-4199 XXX-XX-8999 | 40.30 | 0.00 | 0.04 |
| | CLAIM ID: 00038    ACCT: 4297 | COURT CLAIM #: 19 | | | |
| 0542892 | MELVIN DWIGHT & NATASHA VICTINEZE FOSTER | XXX-XX-4199 XXX-XX-8999 | 162.17 | 0.00 | 0.17 |
| | CLAIM ID: 00039    ACCT: 0974 | COURT CLAIM #: 20 | | | |
| 0542951 | GEORGE J. & DANA E. ANDERSON | XXX-XX-5646 XXX-XX-4626 | 522.10 | 0.00 | 0.13 |
| | CLAIM ID: 00007    ACCT: XXXXXXX4401 | COURT CLAIM #: 10 | | | |
| 0542951 | GEORGE J. & DANA E. ANDERSON | XXX-XX-5646 XXX-XX-4626 | 1,294.00 | 0.00 | 0.32 |
| | CLAIM ID: 00030    ACCT: XXXXXXXXX IDED | COURT CLAIM #: 9 | | | |
| 0542951 | GEORGE J. & DANA E. ANDERSON | XXX-XX-5646 XXX-XX-4626 | 5,579.89 | 0.00 | 1.39 |
| | CLAIM ID: 00033    ACCT: XXXXXX9553 | COURT CLAIM #: 3 | | | |
| 0542952 | LASHUNDA M. GRIFFIN | XXX-XX-5226 | 25.57 | 0.00 | 0.02 |
| | CLAIM ID: 00018    ACCT: XXXXXXXXXXXX 4738 | COURT CLAIM #: 7 | | | |
| 0543122 | BILLY J. & CHARLENE G. AUDAS | XXX-XX-1848 XXX-XX-0147 | 0.10 | 0.00 | 0.29 |
| | CLAIM ID: 00016    ACCT: 5499 | COURT CLAIM #: 9 | | | |
| 0543381 | SEBASTIAN A. & GABRIELA F. VOICU | XXX-XX-2905 XXX-XX-5712 | 94.40 | 8.97 | 0.00 |
| | CLAIM ID: 00031    ACCT: XXXXXXXXX IDED | COURT CLAIM #: 19 | | | |
| 0543381 | SEBASTIAN A. & GABRIELA F. VOICU | XXX-XX-2905 XXX-XX-5712 | 174.74 | 0.00 | 0.92 |
| | CLAIM ID: 00047    ACCT: 6994 | COURT CLAIM #: 17 | | | |
| 0543496 | FEDERICO G. PEITZNER | XXX-XX-3142 | 12,053.56 | 2,396.24 | 0.00 |
| | CLAIM ID: 00010    ACCT: XXXXX 8831 | COURT CLAIM #: 2 | | | |
| 0543562 | REGINALD JONES & MELANIE MANUEL | XXX-XX-8640 XXX-XX-0916 | 31.59 | 0.00 | 0.00 |
| | CLAIM ID: 10019    ACCT: XXXXXXXXXXXXXX0001 | COURT CLAIM #: 5 | | | |
| 0543838 | KELLY ELISHA & ROZINE DUNCAN RICHARDSON | XXX-XX-7705 XXX-XX-0973 | 1.23 | 0.00 | 0.00 |
| | CLAIM ID: 00008    ACCT: XXXXXXXXXXXX 0071 | COURT CLAIM #: 7 | | | |
| 0543860 | JUDY A. GIBSON | XXX-XX-4869 | 8.00 | 0.00 | 0.04 |
| | CLAIM ID: 00013    ACCT: XXXXXXXXXXXX5733 | COURT CLAIM #: 6 | | | |
| 0543860 | JUDY A. GIBSON | XXX-XX-4869 | 21.72 | 0.00 | 0.02 |
| | CLAIM ID: 00017    ACCT: XXXXX 3266 | COURT CLAIM #: 11 | | | |
| 0543975 | MAURICE EUGENE FRENCH, JR & CYNTHIA ELAINE FRENCH | XXX-XX-4646 XXX-XX-1238 | 1,657.96 | 0.00 | 0.58 |
| | CLAIM ID: 00021    ACCT: XXXXXXXXXXXX4966 | COURT CLAIM #: 13 | | | |
| 0544391 | PAULA D. DAVIS | XXX-XX-7700 | 0.21 | 0.00 | 0.00 |
| | CLAIM ID: 00025    ACCT: 0818 | COURT CLAIM #: 3 | | | |